# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FORNETHA JUDGE,**

        **Plaintiff,**

**-vs-**                                                                        **Case No. 6:10-cv-83-Orl-22DAB**

**HOMELESS COALITION OF CENTRAL FLORIDA,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Application to Proceed In Forma Pauperis (Doc. No. 2) filed on January 14, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied, and that Plaintiff be ordered to amend her complaint within 14 days.

After an independent *de novo* review of the record in this matter, including the Plaintiff's request for an extension of time to amend the Complaint (Doc. No. 5), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 29, 2010 (Doc. No. 4) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Application to Proceed In Forma Pauperis (Doc. No. 2) is DENIED.

3. Plaintiff's request for an extension of time to file an Amended Complaint (Doc. No. 5) is GRANTED. Plaintiff shall file her Amended Complaint in accordance with the directions in

the Report and Recommendation within 30 days of the date of this Order.  Further, Plaintiff shall file either a renewed Motion to Proceed In Forma Pauperis, or pay the filing fee by that date.

4.     Failure to comply with this Order shall result in this action being dismissed, without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 17, 2010.

Copies furnished to:

Fornetha Judge, *pro se*

ANNE C. CONWAY
United States District Judge