**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FORNETHA JUDGE,**

        **Plaintiff,**

-vs-                                                     **Case No. 6:10-cv-83-Orl-22DAB**

**HOMELESS COALITION OF CENTRAL FLORIDA,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion to Appoint Counsel (Doc. No. 5-2) filed on February 10, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 17, 2010 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Appoint Counsel (Doc. No. 5-2) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 5, 2010.

Copies furnished to:

Fornetha Judge, *pro se*

ANNE C. CONWAY
United States District Judge